

# NUMBER 13-19-00330-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARIA FLORES,                                                            Appellant,

v.

DIOCESE OF CORPUS CHRISTI,                                     Appellee.

### On appeal from the 347th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION
### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Benavides

Appellant Maria Flores filed a notice of appeal from the trial court's May 30, 2019 order granting a take-nothing summary judgment rendered against her in favor of appellee, Diocese of Corpus Christi.

On July 30, 2019, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on July 29, 2019, and that the deputy district clerk,

Angela Crain, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

GINA M. BENAVIDES,
Justice

Delivered and filed the
12th day of September, 2019.